# In the United States District Court
## For the Southern District Of Georgia
### Brunswick Division

JARNARO MIDDLETON,          *
                            *
           Petitioner,      *          CIVIL ACTION NO.: 2:15-cv-122
                            *
    v.                      *
                            *
UNITED STATES OF AMERICA ,  *
                            *
           Respondent.      *

## O R D E R

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's March 31, 2016, Report and Recommendation, dkt. no. 15, to which no objections have been filed.  The Court **ADOPTS** the Report and Recommendation, as supplemented herein, as the opinion of the Court.

The Magistrate Judge recommended that the Court dismiss without prejudice Petitioner Jarnaro Middleton's ("Middleton") Petition filed pursuant to 28 U.S.C. § 2241 for his failure to prosecute the action.  After the issuance of the Report and Recommendation, Plaintiff filed a Notice of Voluntary Dismissal. Dkt. No. 16.  Consequently, the Court **GRANTS** Petitioner's Motion to Dismiss, **DISMISSES** Plaintiff's Complaint, without prejudice,

and **DENIES** Plaintiff *in forma pauperis* status on appeal. The Clerk of the Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

SO ORDERED, this ____10____ day of ____May____, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA